IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROGER LEE BAKER, JR.,

    Petitioner,

v.

HARRIS COUNTY DISTRICT ATTORNEY, et al.,

    Respondents.

CIVIL ACTION NO.: 6:18-cv-10

## O R D E R

Presently before the Court is the Magistrate Judge's July 9, 2018 Report and Recommendation, (doc. 10), to which Petitioner Roger Lee Baker ("Baker") filed Objections, (doc. 11). Baker's Objections are largely a recitation of his arguments already presented and which the Magistrate Judge correctly rejected. Thus, after an independent and *de novo* review of the entire record, the Court **OVERRULES** Baker's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. Accordingly, the Court **DISMISSES** for lack of jurisdiction Baker's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254, (doc. 1), **DENIES** Baker leave to appeal *in forma pauperis*, and **DENIES** Baker a Certificate of Appealability. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 20th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA